UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS NICHOLAS THOMAS,<br><br>            Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>            Respondent. | No. CV 07-6590-DDP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the findings, conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: October 25, 2011

                                                    HONORABLE DEAN D. PREGERSON
                                                    UNITED STATES DISTRICT JUDGE