# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CARLOS NICHOLAS THOMAS,     )    No. CV 07-6590-DDP (PLA)
             Petitioner,      )    **JUDGMENT**
         v.              )
WILLIAM SULLIVAN, Warden,     )
            Respondent.     )
_____ )

     Pursuant to the order adopting the findings, conclusions and recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: October 25, 2011

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE